UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENISE LORAINE CONOVER, | NO. 3:17-cv-5642-MAT |
| Plaintiff, | ORDER GRANTING ATTORNEY FEES AND COSTS UNDER EAJA |
| vs. | [~~PROPOSED~~] |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. §§ 2412 and 1920 and upon consideration of Plaintiff's Motion for Attorney Fees and Costs under EAJA, it is hereby ORDERED that under 28 U.S.C. § 2412 attorney fees in the amount of $5,155.90 and related expenses in the amount of $58.16, and costs pursuant to 28 U.S.C. § 1920 in the amount of $400.00 be awarded to plaintiff.

DATED this 20th day of March, 2018.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779
Attorney for plaintiff

**ORDER GRANTING MOTION FOR**
**FOR ATTORNEY FEES AND COSTS**